No. 469. FOSTER, EXECUTRIX, v. COMMISSIONER OF INTERNAL REVENUE. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted, limited to the question whether the total value of the property held by the decedent and petitioner as joint tenants, as decided by the Circuit Court of Appeals, or only one half thereof, should be included in the gross estate of the decedent for the purpose of the federal estate tax. *Mr. Philip G. Sheehy* for petitioner. *Solicitor General Reed, Assistant Attor-*

*ney General Morris,* and *Messrs. Sewall Key, Norman D. Keller,* and *Lee A. Jackson* for respondent.